# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2021

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160457

*In re* T.J. DIEHL, Minor.
_____

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellant,

v

                           SC: 160457
                           COA: 345672
                           Oakland CC Family Div:
                              2017-855352-DL

T.J. DIEHL,
      Respondent-Appellee.
_____/

      On order of the Chief Justice, the case is ADJOURNED from the January 2021 oral argument session of the Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2021



Clerk